UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


J & J SPORTS PRODUCTION              )
                                     )     1:08-CV-00485 OWW TAG
                                     )
                    Plaintiff,       )
                                     )
          v.                         )     **ORDER DISMISSING ACTION**
                                     )
MARIA TERESA MALDONADO, ET AL.,      )
                                     )
                                     )
                    Defendant.       )
                                     )
_____)


        Pursuant to the notice of voluntary dismissal filed
pursuant to FRCvP 41,

        IT IS HEREBY ORDERED that this matter is dismissed without
prejudice.


IT IS SO ORDERED.

**Dated:    July 10, 2008**                _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE

1